# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D16-2152 & 3D16-1977
Lower Tribunal No. 15-16130
_____

**J.P., the father, and E.R., the mother,**
Appellants,

vs.

**Department of Children and Families, et al.,**
Appellees.

Appeals from the Circuit Court for Miami-Dade County, Maria I. Sampedro-Iglesia, Judge.

Law Office of Richard F. Joyce, P.A., and Richard F. Joyce, for appellant J.P., the father; Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Kevin Coyle Colbert, Assistant Regional Counsel, for appellant E.R., the mother.

Laura J. Lee (Sanford), for the Guardian ad Litem Program; Karla F. Perkins, for the Department of Children and Families, for appellees.

Before SUAREZ, C.J. and LAGOA and SCALES, JJ.

PER CURIAM.

Both E.R., the mother, and J.P., the father, appeal the trial court's detailed order adjudicating the couple's infant son dependent. We consolidated the two appeals. We affirm because the order is supported by competent, substantial evidenced adduced at the two-day dependency hearing.

Affirmed.